IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRENT PROWS,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S *PRO SE* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:03-CR-551 TS |

This matter is before the Court for consideration of Defendant Brent Prows' *Pro Se* Motion for Early Termination of Supervised Release. The government agrees that terminating Defendant's term of supervised release is appropriate.

Defendant was indicted in a two-count Indictment on July 9, 2003, alleging violations of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 922(g)(3). On October 6, 2003, Defendant pleaded guilty to count one of the Indictment. Defendant was sentenced on December 15, 2003 to a term of thirty months imprisonment and thirty-six months of supervised release. Defendant began his term of supervised release on June 9, 2006.

1

## DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

The Court has considered these factors, has reviewed the docket and case file, and has consulted with Defendant's supervising officer. The Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## CONCLUSION

Based upon the above, it is hereby

ORDERED that Defendant's *Pro Se* Motion for Early Termination of Supervised Release (Docket No. 57) is GRANTED. It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

DATED May 27, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge